UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-14328-ROSENBERG/LYNCH

DAVID POSCHMANN,

        Plaintiff,
v.

INDIAN RIVER HOLDINGS, LLC and
VERO BEACH BEEF'S, INC.

        Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, by and through his undersigned counsel, hereby informs the Court that this matter has been settled.

        s/Drew M. Levitt
        DREW M. LEVITT
        DML2@bellsouth.net
        Florida Bar No. 782246
        LEE D. SARKIN, ESQ.
        Lsarkin@aol.com
        Florida Bar No. 962848
        4700 N.W. Boca Raton Blvd., Suite 302
        Boca Raton, Florida 33431
        Telephone (561) 994-6922
        Facsimile  (561) 994-0837
        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2016 I served the foregoing document on all counsel of record and pro se parties identified on the Service List via CM/ECF.

        s/Drew M. Levitt
        DREW M. LEVITT

**SERVICE LIST**

Jacob Ensor, Esq.
Florida Bar No. 27729
jee@reblawpa.com
Ross Earle Bonan & Ensor, P.A.
Post Office Box 2401
Stuart, Florida 34995
Telephone (772) 287-1745
Facsimile   (772) 287-8045
Attorneys for Defendant, Indian River Holdings, LLC