UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-14328-ROSENBERG/LYNCH

DAVID POSCHMANN,

        Plaintiff,

v.

INDIAN RIVER HOLDINGS, LLC and
VERO BEACH BEEF'S, INC.

        Defendants.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted this 6th day of January, 2017.

| | |
|---|---|
| s/Drew Levitt | s/Jacob Ensor |
| Drew Levitt | Jacob Ensor |
| Florida Bar No. 782246 | Florida Bar No. 27729 |
| DML2@bellsouth.net | jee@reblawpa.com |
| Lee D. Sarkin, Esq. | Ross Earle Bonan & Ensor, P.A. |
| Florida Bar No. 962848 | Post Office Box 2401 |
| lsarkin@aol.com | Stuart, Florida 34995 |
| 4700 N.W. Boca Raton Boulevard, Ste. 302 | Telephone (772) 287-1745 |
| Boca Raton, Florida 33431 | Facsimile   (772) 287-8045 |
| Telephone (561) 994-6922 | Attorneys for Defendant, Indian River |
| Facsimile  (561) 994-0837 | Holdings, LLC |
| Attorneys for Plaintiff | |